PETRATOS, ADMR., APPELLANT, *v.* MARKAKIS ET AL.; LAKEWOOD HOSPITAL, APPELLEE.

[Cite as *Petratos v. Markakis* (1994), 69 Ohio St.3d 1219.]

(No. 93–966—Submitted May 24, 1994—Decided July 13, 1994.)

*Rubenstein, Novak, Einbund, Pavlik & Celebrezze, William J. Novak* and *Nancy J. Fleming,* for appellant.

*Weston, Hurd, Fallon, Paisley & Howley, Deirdre G. Henry* and *William H. Baughman, Jr.,* for appellee.

*Michael F. Becker,* urging reversal for *amicus curiae,* Ohio Academy of Trial Lawyers.

*Squire, Sanders & Dempsey, William M. Todd* and *Terri–Lynne B. Smiles,* urging affirmance for *amicus curiae,* Ohio State Medical Association.

*Bricker & Eckler, James J. Hughes, Jr.* and *Catherine M. Ballard,* urging affirmance for *amicus curiae,* Ohio Hospital Association.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.